# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12CR56-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| BRANDON ROBINSON, | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment is unsealed.

**SO ORDERED**.

Signed: February 28, 2012

David S. Cayer
United States Magistrate Judge